IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


ALEJANDRO PEREZ AJANEL,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-1891
LT Case No. 2019-CF-002543-A

Opinion filed October 14, 2022

3.800 Appeal from the Circuit Court
for Seminole County,
William S. Orth, Judge.

Alejandro P. Ajanel, Crawfordville,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

We affirm the postconviction court's denial of Appellant's Florida Rule of Criminal Procedure 3.800(a) motion to correct illegal sentence. *See Banks v. State*, 211 So. 3d 1104, 1106 (Fla. 5th DCA 2017). Our affirmance should not be construed as a comment on the merits, if any, of Appellant's separate motion for postconviction relief filed under Florida Rule of Criminal Procedure 3.850 that is presently pending in the circuit court.

AFFIRMED.

LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.